**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6185**
_____

LA BARBRA LAVELL JONES,

                Plaintiff - Appellant,

      v.

U.S. PROBATION OFFICE; JAMIE PEASE, Probation Officer;
LATOYA MOBLEY, Probation Officer; SUSAN NEWTON, Probation
Officer; VALENCIA ROBERTS, Public Defender; BROOKE BABER,
Probation Officer,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. James R. Spencer, District
Judge. (3:12-cv-00008-JRS)

_____

Submitted: July 18, 2013          Decided: July 22, 2013

_____

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

La Barbra Lavell Jones, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

La Barbra Lavell Jones appeals the district court's order dismissing her civil action without prejudice for failing to follow the magistrate judge's earlier order that she must file a collection of fees form or risk dismissal under Fed. R. Civ. P. 41(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jones v. United States Prob. Office, No. 3:12-cv-00008-JRS (E.D. Va. Jan. 15, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED